

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00204-CR

| | | |
|---|---|---|
| Courtney Adam Watts | § | From Criminal District Court No. 2 |
| | § | of Tarrant County (1236671D) |
| v. | § | May 28, 2015 |
| | § | Opinion by Justice Sudderth |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to reflect $334 in court costs. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
    Justice Bonnie Sudderth